**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division**

| | | |
|---|---|---|
| **GLENN PROFIT,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **Case No. 07-2148** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | |
| **Defendant.** | ) | |

# REPORT AND RECOMMENDATION

In September 2006, Administrative Law Judge (hereinafter "ALJ") Barbara Welsch denied Plaintiff Glenn Profit's application for social security supplemental security income and disability insurance benefits. The ALJ based her decision on a finding that Plaintiff's impairments did not prevent him from returning to past relevant work.

In August 2007, Plaintiff filed a Complaint (#4) against Defendant Michael J. Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In April 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#17). In May 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#19). In June 2008, Plaintiff filed a Reply in Support of His Motion for Summary Judgment or Remand (#22).

After reviewing the administrative record and the parties' memoranda, this Court recommended denying Plaintiff's Motion for Summary Judgment or Remand (#17). Consistent with the Court's reasoning in the Report and Recommendation denying Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#19)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation.  *See* 28 U.S.C. 626(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this18th day of August, 2008.

s/ DAVID G. BERNTHAL  
U.S. MAGISTRATE JUDGE
